UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WESCO INSURANCE COMPANY,

                          Plaintiff,

-against-                                      20 **CIVIL** 9067 (ER)

## JUDGMENT

PRIME PROPERTY & CASUALTY
INSURANCE, INC.,

                         Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2022, the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

        March 11, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                              **BY:**

                                                      **Deputy Clerk**